IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

YEVGENIYA MIKAILOVNA TRIFONOVA,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1830
LT Case Nos. 2022-CF-000150-A
              2021-CF-001577-A

Decision filed January 17, 2023

Appeal from the Circuit Court
for St. Johns County,
Raul A. Zambrano, Judge.

Michael C. Nappi, of Office of Criminal
Conflict & Civil Regional Counsel,
Casselberry, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., MAKAR and SOUD, JJ., concur.